ANNA U. DAVIS, Respondent, *v.* CARRIE UHL, as Executrix of FREDERICK P. UHL, Deceased, Appellant.

(Submitted March 28, 1932; decided March 29, 1932.)

*William T. Mulcahy* for motion.
*Merle I. St. John,* opposed.

Motion denied, without costs.